UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW HAMPSHIRE

Lynne Chase, as DPOA for Bradford Chase,   §
      *Plaintiff*,   §
  §
    v.   §  Civil Action No. _____
  §
Dartmouth-Hitchcock Medical Center,   §
      *Defendant*.   §

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441 and 1446, defendant Dartmouth-Hitchcock Medical Center ("DHMC"), by and through its counsel, Sulloway & Hollis, P.L.L.C., files this Notice of Removal of an action pending in the Sullivan County (New Hampshire) Superior Court (hereinafter "State Court"), and in support hereof state as follows:

1.     DHMC is a defendant in a civil action brought by plaintiff Lynne Chase, as DPOA for Bradford Chase, (Case No. 220-2023-cv-00114) in the State Court. Therein, plaintiff asserts claims against defendant for disability discrimination and retaliation under the Americans with Disabilities Act ("ADA") and NH RSA 354-A.

2.     Copies of all "process, pleadings and orders" received by defendant are attached hereto as Exhibit A.

3.     The Court has original jurisdiction over this action under 28 U.S.C. § 1331 because, as noted, plaintiff asserts that defendant violated the ADA, which is a federal statute. Thus, plaintiff's action arises under the laws of the United States.

Law Offices of
Sulloway & Hollis, P.L.L.C.
Concord, N.H. 03301

4.     Removal of this civil action to the United States District Court for the District of New Hampshire is proper pursuant to 28 U.S.C. § 1441(a) because this is the district "embracing the place where [the State Court] action is pending."

5.     Defendant desires to remove this action to this Court and submits this Notice of Removal in accordance with 28 U.S.C. §§ 1441 and 1446.

6.     This Notice of Removal is timely in that counsel accepted service on behalf of defendant on December 15, 2023.  Thus, this Notice of Removal is filed within 30 days of defendant's acceptance of service of plaintiff's Complaint.

7.     Defendant shall promptly provide written notice of the filing of this Notice of Removal to plaintiff and promptly file a copy of this Notice of Removal with the Clerk of the State Court, as provided by 28 U.S.C. 1446(d).

8.     Pursuant to Local Rule 81.1(c), defendant shall request from the Clerk of the State Court true copies of all records and proceedings in the State Court and shall file the same.

Respectfully submitted,

DARTMOUTH-HITCHCOCK MEDICAL CENTER

By Its Attorneys,
SULLOWAY & HOLLIS, P.L.L.C.

DATED:  December 15, 2023

By:   /s/ William D. Pandolph, Esq.
         William D. Pandolph, Esq. #5579
         9 Capitol Street
         Concord, NH 03301
         (603) 223-2862
         e-mail:  wpandolph@sulloway.com

-3-

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).


DATED:  December 15, 2023              By:    /s/ William D. Pandolph, Esq.
                                                   William D. Pandolph, Esq.